

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2021

No. 04-20-00494-CV

**AMERICAN MEDICAL HOME HEALTH SERVICES, LLC**, Hub City Home Health, Inc. d/b/a American Medical Home Health Services, American Medical Home Health Services San Antonio, LLC, American Medical Hospice Care, LLC, American Medical Palliative Support, LLC, Magdalena (Maggie) Clemente, Rene Estrada, and Gina Trevino,
Appellants

v.

**LEGACY HOME HEALTH AGENCY, INC.** and Legacy Home Care Services, Inc. d/b/a All Seasons Home Care, Inc.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-09053
Honorable David A. Canales, Judge Presiding

# O R D E R

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Beth Watkins, Justice

Appellants have filed a fifth amended notice of appeal and a fifth motion requesting this court to review further orders as part of this appeal. After consideration of the motion, appellees' response, and appellants' reply, the court orders as follows.

We deny the motion to review the trial court's May 14, 2021 "Order Granting Plaintiffs' Motion for Continuance, For Entry of Modified Scheduling Order and to Extend Pending Temporary Injunctions," and we dismiss the appeal from that order for lack of jurisdiction.

We grant the motion to review the trial court's May 14, 2021 "Order Extending June 4, 2020 Agreed Temporary Injunction" and May 14, 2021 "Order Extending November 30, 2020 Modified Temporary Injunctions." See Tex. R. App. P. 29.6(a)(2).

The parties are advised that leave will not be granted to brief any additional issues as a result of this order.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court